**O'HAGAN MEYER LLP**
MICHAEL S. METTA, SB# 354741
1 Embarcadero Center, Suite 2100
San Francisco, CA 94111
Telephone: 617.843.6817
E-Mail: mmetta@ohaganmeyer.com

**O'HAGAN MEYER, LLP**
JOELLE SHARMAN, Admitted Pro Hac Vice
3500 LENOX ROAD, SUITE 100
ATLANTA, GA 30326
Telephone: 470.973.6401
E-Mail: jsharman@ohaganmeyer.com

Attorneys for Defendants
Norman S. Wright Mechanical Equipment Corporation,
The Norman S. Wright Mechanical Equipment
Corporation Stock Ownership Plan Committee,
Richard F. Leao, Robert L. Beyer, and Salvatore M.Giglio

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DAWSON – ROBERTS, As representative of a class of similarly situated persons, and on behalf of the Norman S. Wright Mechanical Equipment Corporation Employee Stock Ownership Plan,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN S. WRIGHT MECHANICAL EQUIPMENT LLC, THE NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN COMMITTEE, RICHARD F. LEAO, ROBERT L. BEYER, and SALVATORE M. GIGLIO<br><br>Defendant. | CASE NO. 3:26-cv-01171<br><br>**DECLARATION OF MICHAEL S. METTA IN SUPPORT DEFENDANTS NORMAN S. WRIGHT, MECHANICAL EQUIPMENT CORPORATION, THE NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION STOCK OWNERSHIP PLAN COMMITTEE, RICHARD F. LEAO, ROBERT L. BEYER, AND SALVATORE M. GIGLIO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**DATE: JUNE 5, 2026**<br>**TIME: 10:00 AM**<br>**PLACE: COURTROOM A**<br>**JUDGE: MAGISTRATE JUDGE ALEX G. TSE** |

1

DECLARATION OF MICHAEL S. METTA ISO DEFENDANTS MOTION TO DISMISS
PLAINTIFF'S COMPLAINT

**<u>DECLARATION OF MICHAEL S. METTA</u>**

I, MICHAEL S. METTA, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I am an attorney at law licensed to practice before the state courts of the State of California (SB No. 354741) and the United States District Court for the Northern District of California. I am a partner at the law firm of O'Hagan Meyer, LLP ("OM"). I am also counsel of record for Defendants Norman S. Wright Mechanical Equipment Corporation, The Norman S. Wright Mechanical Equipment Corporation Stock Ownership Plan Committee, Richard F. Leao, Robert L. Beyer, and Salvatore M.Giglio ("Defendants").  I have personal knowledge of the following facts, and if called upon to testify as to the matters stated herein, I could and would competently do so.

2.      **Exhibit 1** to this Declaration is a true and correct copy of the Plan Document for the Norman S. Wright Mechanical Equipment Corporation Employee Stock Ownership Plan. (the "Plan").

3.      **Exhibit 2** to this Declaration is a true and correct copy of the 2021 Form 5500 for the Plan which was filed with the Internal Revenue Service ("IRS") and is a public record.

4.      **Exhibit 3** to this Declaration is a true and correct copy of the 2022 Form 5500 for the Plan which was filed with the IRS and is a public record.

5.      **Exhibit 4** to this Declaration is a true and correct copy of the 2023 Form 5500 for the Plan which was filed with the IRS and is a public record.

6.      **Exhibit 5** to this Declaration is a true and correct copy of the 2024 Form 5500 for the Plan which was filed with the IRS and is a public record.

I declare under penalty of perjury that the foregoing is true and correct.

//

//

//

//

//

DECLARATION OF MICHAEL S. METTA ISO DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT

DATED: April 17, 2026

**O'HAGAN MEYER, LLC**

By:

*Michael Metta*

_____

Michael S. Metta
Joelle Sharman
Attorneys for Defendants
Norman S. Wright Mechanical Equipment
Corporation, The Norman S. Wright Mechanical
Equipment Corporation Stock Ownership Plan
Committee, Richard F. Leao, Robert L. Beyer,
and Salvatore M. Giglio

DECLARATION OF MICHAEL S. METTA ISO DEFENDANTS MOTION TO DISMISS
PLAINTIFF'S COMPLAINT